IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROGER DALE MOBERG,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **CIVIL ACTION 16-0349-CG-M** |
| ) | **CRIMINAL NO. 02-224-CG-M** |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Respondent, the United States of America, and against Petitioner, Roger Dale Moberg.

**DONE and ORDERED** this 21st day of October, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE